**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **BILL SALTER ADVERTISING, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 05-0720-CG-M** |
| | ) | |
| **CITY OF ATMORE, a municipal** | ) | |
| **corporation of the State of Alabama, and** | ) | |
| **ALLEN NIX, as Building Inspector of** | ) | |
| **said City; and TROY KING, as Attorney** | ) | |
| **General of the State of Alabama,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## JUDGMENT

In accordance with the court's order entered this date, granting defendants' motion for

summary judgment, it is hereby **ORDERED, ADJUDGED, and DECREED** that this case is

**DISMISSED with prejudice.**

**DONE and ORDERED** this 19th day of March, 2008.


/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE